UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MARCELLINO CHUMIL et al., individually and :
on behalf of others similarly situated,                      :
                                      Plaintiffs,            :            20 Civ. 6990 (LGS)
                                                             :
                    -against-                                :                 ORDER
                                                             :
TU CASA RESTAURANT et al.,                                   :
                                                             :
                                     Defendants.             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, this case was incorrectly opened in the Southern District New York, rather

than the Eastern District of New York.  It is hereby

        **ORDERED** that this case is dismissed.  The Clerk of Court is respectfully directed to

refund the $400.00 filing fee to Plaintiffs.

Dated: October 29, 2020
        New York, New York

                            LORNA G. SCHOFIELD
                        UNITED STATES DISTRICT JUDGE